In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-03-098 CR


NO. 09-03-099 CR


NO. 09-03-100 CR


NO. 09-03-101 CR


NO. 09-03-102 CR


NO. 09-03-103 CR


NO. 09-03-104 CR


____________________



CHARLENE DENISE DUNCAN, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 221st District Court


Montgomery County, Texas


Trial Cause Nos. 01-08-04945 CR, XX-XXXXXXX CR, 01-10-06136 CR


02-03-02091 CR, 02-07-04314 CR, 02-07-04670 CR, and 02-09-06004 CR






MEMORANDUM OPINION (1)


 We have before the Court motions from the appellant, Charlene Denise Duncan, to
withdraw her appeals pursuant to Tex. R. App. P. 42.2. The motions are signed by
appellant personally and filed by counsel of record. No opinions have issued in these
appeals. 

 The motions are GRANTED and the appeals are therefore DISMISSED.

 

 PER CURIAM


Opinion Delivered August 14, 2003

Do Not Publish

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.